**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**DEC 10 1997**

**PATRICK FISHER**
**Clerk**

UNITED STATES COURT OF APPEALS

TENNTH CIRCUIT

LEMAN L. HUTCHINSON, JR.,

       Petitioner-Appellant,

v.

WILLIE SCOTT, Warden; U. S.
PAROLE COMMISSION,

       Respondents-Appellees.

No. 97-3170

(D.C. No. 94-3274-RDR)

(D. Kansas)

ORDER AND JUDGMENT[*]

Before BALDOCK, McKAY, and LUCERO, Circuit Judges.

After examining Petitioner-Appellant's brief and the appellate record, this panel

has determined unanimously that oral argument would not materially assist the

determination of this appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The case is

therefore ordered submitted without oral argument.

Petitioner is a military inmate now incarcerated by the Bureau of Prisons at the

United States Medical Center for Federal Prisoners at Springfield, Missouri. Petitioner

filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 claiming that the

---

[*]This order and judgment is not binding precedent, except under the doctrines of
law of the case, res judicata, and collateral estoppel. The court generally disfavors the
citation of orders and judgments; nevertheless, an order and judgment may be cited under
the terms and conditions of 10th Cir. R. 36.3.

United States Parole Commission abused its discretion and acted arbitrarily and capriciously at hearings conducted in February 1994 and February 1996 by denying him release on parole.  He appeals the order of the United Stated District Court for the District of Kansas denying his section 2241 habeas corpus petition and dismissing the action.

Although not clearly required to appeal a denial of habeas corpus relief under 28 U.S.C. § 2241, we grant Petitioner a certificate of appealability.  However, we affirm on the merits for the reasons given by the district court in its Memorandum and Order filed May 20, 1997.


AFFIRMED.

Entered for the Court


Monroe G. McKay
Circuit Judge